IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| T & H BAIL BONDS INC. and <br> TED PRIDGEN, <br><br> Plaintiffs, <br><br> v. <br><br> LOCAL 199 LABORERS' <br> INTERNATIONAL UNION OF <br> NORTH AMERICA, BILLY CARTER <br> and JAMES ROCHESTER, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 04-1290-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

At Wilmington this 27th day of September, 2007, having reviewed the docket, and there having been no activity since the case was stayed almost three years ago pending National Labor Relations Board proceedings (D.I. 10);

IT IS ORDERED that said case is dismissed for lack of prosecution.[1]

_____
United States District Judge

---

[1] The court will entertain motions to reopen the case for good cause, should such motions be filed within 30 days of this order.