IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| T & H BAIL BONDS INC. and<br>TED PRIDGEN,<br><br>      Plaintiffs,<br><br>v.<br><br>LOCAL 199 LABORERS'<br>INTERNATIONAL UNION OF<br>NORTH AMERICA, BILLY CARTER<br>and JAMES ROCHESTER,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 04-1290-SLR |

### ORDER

At Wilmington this 22d day of October, 2007, having reviewed plaintiff's motion to re-open the above captioned case, filed in response to this court's recent order closing the case for lack of prosecution;

IT IS ORDERED that said motion (D.I. 13) is granted and a scheduling/status teleconference shall be held on **Thursday, November 8, 2007 at 8:30 a.m.** to be initiated by plaintiff's counsel.

                                                                        */s/*<br>
                                                  United States District Judge