IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| T & H BAIL BONDS, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 04-1290-SLR ) |
| LOCAL 199, LABORERS INTERNATIONAL UNION OF NORTH AMERICA, et al., | ) ) ) ) |
| Defendants. | ) ) |

**O R D E R**

At Wilmington this 9th day of November, 2007, having conferred with counsel, and the parties being in agreement that the legal issue of pre-emption should be addressed as a threshold matter;

IT IS ORDERED that:

1. On or before December 10, 2007, defendants shall file their motion and supporting brief relating to pre-emption.

2. On or before January 10, 2008, plaintiff shall file its answering brief.

3. On or before January 24, 2008, defendants may file a reply brief.

_____
United States District Judge