IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| T & H BAIL BONDS, ET AL. | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | NO. 04-1290 |
| | : | (Judge Robinson) |
| v. | : | |
| | : | |
| LOCAL 199, LABORERS INTERNATIONAL UNION OF NORTH AMERICA, ET AL. | : | |
| | : | |
| Defendants | : | |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants move pursuant to Rule 56(b) of the Federal Rules of Civil Procedure for summary judgment as to Count I of plaintiffs' Complaint and state in support thereof that there are no material facts in dispute and that they are entitled to judgment as a matter of law in that the issues raised in Count I are preempted by the primary jurisdiction of the National Labor Relations Board.

Respectfully submitted,

/s/ Joseph J. Rhoades
_____
Joseph J. Rhoades (Bar ID 2064)
Law Offices of Joseph J. Rhoades
Suite 1200, Legal Arts Bldg.
1225 King Street
P.O. Box 874
Wilmington, DE 19899
Attorney for Defendants
Tel. (302) 427-9500
Fax (302) 427-9509
Email: joe.rhoades@rhoadeslegal.com

Of Counsel:
MARKOWITZ & RICHMAN
Jonathan Walters, Esquire
121 S. Broad Street, 11th Floor
Philadelphia, PA 19107
Telephone: (215) 875-3100
Telefax: (215)790-0668
Email: jwalters@markowitzandrichman.com
Dated: December 10, 2007

## **CERTIFICATE OF SERVICE**

I, Carol McCool, Legal Assistant, hereby certify that on this 10th day of December, 2007, I caused to be served upon plaintiffs' counsel two true and correct copies of Defendants' Motion for Partial Summary Judgment and Brief in Support of Motion by First Class U.S. Mail to the following address:

> John F. Brady, Esquire
> Counsel to the Plaintiffs
> P. O. Box 251
> Georgetown, Delaware 19947

/s/Carol McCool
_____
Carol McCool