## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| T & H BAIL BONDS, ET AL. | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | NO. 04-1290 |
| | : | (Judge Robinson) |
| v. | : | |
| | : | |
| LOCAL 199, LABORERS | : | |
| INTERNATIONAL UNION OF | : | |
| NORTH AMERICA, ET AL. | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this        day of                    , 2007, upon consideration of

defendants' motion for partial summary judgment and plaintiffs' opposition thereto, the motion

is GRANTED and Count I of the Complaint is DISMISSED.

BY THE COURT:

_____
                                                    J.